# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Philadelphia Indemnity Insurance Company, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00374-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronin Staffing LLC, et al | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 3, 2022 Order.

March 3, 2022

Frank G. Johns, Clerk
United States District Court